June 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILBURT DWAINE CASH, Appellant

NO. 14-12-00718-CR
NO. 14-12-00719-CR
NO. 14-12-00728-CR

V.

THE STATE OF TEXAS, Appellee

_____

Cause No. 14-12-00718-CR was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment in Cause No. 14-12-00718-CR **AFFIRMED**.

Cause Nos. 14-12-00719-CR and 14-12-00728-CR were heard on the transcript of the record of the court below. The record indicates that the appeals should be DISMISSED. The Court orders the appeals in Cause Nos. 14-12-00719-CR and 14-12-00728-CR **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.